CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113
Tel: 408.606.6300 Fax: 408.606.6333
Attorneys for Defendant
Thirty8North, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>　　　Plaintiff,<br><br>　v.<br><br>THIRTY8NORTH, LLC, a California Limited Liability Company<br><br>　　　Defendants. | Case: 4:21-cv-05161-DMR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 3, 2022           CENTER FOR DISABILITY ACCESS

                               By: /s/ Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff

Dated: March 3, 2022           BURKE, WILLIAMS & SORENSEN, LLP

                               By: /s/ Elizabeth M. Pappy
                                   Elizabeth M. Pappy
                                   Attorney for Defendant
                                   Thirty8North, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Elizabeth M. Pappy, counsel for Thirty8North, LLC, and that I have obtained authorization to affix her electronic signature to this document.

Dated: March 3, 2022           CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff